UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Guardians for the Animals of Ohio,

    Plaintiff,

    v.

Franklin County Animal Care and Control, *et al.*,

    Defendants.

Case No. 2:21-cv-728

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On August 2, 2021, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court dismiss without prejudice Plaintiff's claims against "John Doe 1–3" for failure to timely effect service of process. R&R, ECF No. 18. The R&R notified the parties of their right to object to the same and that a failure to timely object would amount to a waiver of the right to receive a *de novo* review by the Undersigned and a right to appeal the decision of the Undersigned adopting the R&R. The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against the defendants listed as "John Doe 1–3."

    IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT