**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GUARDIANS FOR THE ANIMALS OF OHIO<br><br>Plaintiff<br><br>vs.<br><br>FRANKLIN COUNTY ANIMAL CARE AND CONTROL, et al.<br><br>Defendants | CASE NO. 2:21-cv-00728<br><br>JUDGE MICHAEL H. WATSON<br><br>**MOTION TO STRIKE NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** |

Now comes Plaintiff Guardians for the Animals of Ohio, by counsel, and hereby moves to strike the appearance and substitution of counsel of Attorney John A. Bell on behalf of Plaintiff that was filed on July 28, 2022. For cause, Plaintiff avers that it has not formally retained Attorney Bell and no consent for substitution has been given by this office's client at this time.

Respectfully submitted,
HOLLAND & MUIRDEN

*/s/ J. Jeffrey Holland*
J. Jeffrey Holland (#0040089)
1343 Sharon-Copley Road, P.O. Box 345
Sharon Center, Ohio 44274
(330) 239-4480; Fax (330) 239-6224
E-mail: JJHolland@hmlawohio.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served this 12th day of August 2022, using the Court's CM/ECF system, which will send notice to the following:

John Anastasios Zervas and Heather Robinson, Franklin County Prosecutor's Office

John A. Bell

*/s/ J. Jeffrey Holland*
J. Jeffrey Holland (#0040089)